**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RONAL FRANCISCO PEREZ DE LEON, A212-988-188,<br><br>Petitioner,<br><br>-against-<br><br>KENNETH GENALO, Field Office Director, New York City Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement;<br><br>PLEASANT (first name unknown), Supervisory Deportation Officer, New York City Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement;<br><br>MARCOS CHARLES, Executive Associate Director, Enforcement and Removal Operations, ICE;<br><br>DAVID J. VENTURELLA, Senior Official Performing the Duties of the Director, ICE;<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security; and<br><br>TODD BLANCHE, Attorney General of the United States, in their official capacity,<br><br>Respondents. | Case No. 1:26-cv-09777<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 8, 2026, Plaintiff filed a Petition for Writ of Habeas Corpus and an Application for a Temporary Restraining Order seeking

prevention of his removal from the United States to Mexico or any other country pending resolution of his Petition, *see* Dkts. 1, 8;

WHEREAS Plaintiff was granted a withholding of removal to Guatemala, his country of nationality, under 8 U.S.C. § 1231(b)(3), by a judge of the U.S. Department of Justice, Executive Office for Immigration Review, in 2018, *see* Dkt. 8 at 8;

WHEREAS Plaintiff alleges that he was detained by ICE on November 8, 2026, and then released, *see* Dkt. 1 ¶ 2; Dkt. 8 at 7; and

WHEREAS Plaintiff further states that he was ordered by ICE to report to ICE's offices at 26 Federal Plaza, New York, NY, on November 9, 2026, at 8:00 a.m., and he was informed that he would be deported to Mexico, *see* Dkt. 8 at 7.

IT IS HEREBY ORDERED that Defendants, their officers, agents, employees and all persons acting in concert with them who receive actual notice of this Order are temporarily restrained from re-detaining Plaintiff absent prior authorization of this Court, including at his November 9, 2026 appointment at 26 Federal Plaza, and from transferring Plaintiff outside the Southern District of New York, and Plaintiff shall not be removed from the United States, whether to Mexico or to any other country absent further order, and these restraints shall remain in effect until the hearing and determination of the Order to Show Cause, *see* Dkt. 8, or further order of the assigned District Judge, once a District Judge is so assigned.

IT IS FURTHER ORDERED that this Temporary Restraining Order shall take effect immediately upon entry and shall expire on **Friday, November 13, 2026, at 11:59 P.M.**, unless otherwise extended or dissolved by further Order of this Court.

IT IS FURTHER ORDERED that the attorney for the Government must immediately provide a copy of this Order to an appropriate representative of the Department of Homeland Security who, in the judgment of the Office of the U.S. Attorney, should be notified.

IT IS FURTHER ORDERED that based on the record and applicable law, the Court finds that no security is required at this time pursuant to Federal Rule of Civil Procedure 65(c).

IT IS FURTHER ORDERED that Defendants must file a response to Plaintiff's Motion no later than **Tuesday, November 10, 2026, at 9:00 A.M.**

**SO ORDERED.**

Valerie Caproni

HON. VALERIE CAPRONI
United States District Judge

Dated: New York, New York
November 8, 2026

Time of entry: 8:54 p.m. Eastern Time