**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **RONAL FRANCISCO PEREZ DE LEON, A212-988-188,**<br><br>**Petitioner,**<br><br>**-against-**<br><br>**KENNETH GENALO, Field Office Director, New York City Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, et al.**<br><br>**Respondents.** | **1:26-cv-09777**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Respondents' letter filed on November 12, 2026, requesting an extension to their response deadline and the TRO in light of the nationwide Outlook outage. *See* ECF No. 17. On November 8, 2026, this Court ordered Respondents to respond to Petitioner's Motion for a Temporary Restraining Order by November 10, 2026, at 9:00am. *See* ECF No. 13. Upon Respondents' request, the Court then extended the deadline to November 12, 2026, at 11:59pm and ordered Petitioner to submit a reply by November 16, 2026, at 11:59am. *See* ECF No. 16. Further, the Court set a telephonic conference for November 17, 2026, at 2:00pm. ECF No. 16.

The Court hereby **GRANTS** Respondents' request for a further extension. Respondents are **ORDERED** to file their response by **November 13, 2026, at 11:59pm.** Further, the Court **ORDERS** Petitioner to reply by **November 17, 2026, at 11:59am** and extends the temporary restraining order, at ECF No. 13, to **November 18, 2026, at 11:59pm**.

The Court will also reschedule the telephone conference in this action to **November 18,**

**2026, at 2:00 pm**. All parties should contact the Court at **1-855-244-8681** (access code: 2305 370 0226#) at the date and time specified above.

**SO ORDERED.**

**Dated: November 12, 2026**

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**