**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**RONAL FRANCISCO PEREZ DE LEON,**
**A212-988-188,**

**Petitioner,**

**-against-**

**KENNETH GENALO, Field Office Director, New York City Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, et al.**

**Respondents.**

---------------------------------------------------------- x

**1:26-cv-09777**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Today, November 18, 2026, the Court held a telephonic conference regarding Petitioner's motion for a temporary restraining order and petition for writ of habeas corpus. As discussed, the Court **DENIES** any extension of the temporary restraining order and **DENIES** the petition as moot.

**SO ORDERED.**

**Dated: November 18, 2026**

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**